U. S. DISTRICT COURT - DE
MISC. CASE # 07-218

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN M. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:99-cv-000002-LES |
| ) | |
| CIVIL AIR PATROL, ) | |
| ) | |
| Defendant. ) | |

### REQUEST FOR ISSUANCE

Comes now the Defendant in the above referenced matter and respectfully requests that this court grant our request to issue and/or serve the Writ of Garnishment filed contemporaneously herewith on the Garnishee Comcast and on the Plaintiff, Brian M. Campbell.

Respectfully Submitted,

_____
David J. Middlebrooks ASB 8553-D58D

_____
Sally B. Waudby ASB-4704-W84S

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

2007 DEC 14 AM 10:39

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

> Jay Lewis, Esq.
> Law Offices of Jay Lewis, LLC
> P. O. Box 5059
> Montgomery, AL  36103

This the ___10th___ day of _____December_____, 2007.

```
                                    _____
                                         OF COUNSEL
```

191729.doc