IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN M. CAMPBELL, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER: |
| v. | ) 2:99-cv-000002-LES |
| | ) |
| CIVIL AIR PATROL, | ) Civil Action Number for USDC |
| | ) District of Delaware |
| Defendant. | ) 07-mc-00218 |

## ANSWER OF GARNISHMENT

Comes now Comcast and answers the Writ of Garnishment as follows:

1. At the time of service or from the time of service to the time of this answer, garnishee has in its possession, the following described property of the Defendant.

2. From the time of service or from the time of service to the time of this answer, the total debts accruing from the garnishee to the Defendant is in the amount of $3,346.15.

3. $3,346.15 of the amount named in paragraph two (2) was earned at the rate of $3,346.15 per bi-weekly from the period beginning 4/20/08 through the time of making this answer. The amount of wages which are subject to garnishment are computed as follows:

$3,346.15   Gross ~~WEEKLY~~ bi-weekly earnings

minus   $759.10   Total social security and withholding tax

equals   $2,587.05   **Total Disposable Earnings**

4. Garnishee will provide payment on this garnishment as follows:

2008 APR 25 PM 2:37
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

a. \_\_\_\_\_ If checked, enclosed is a check made payable to the within-named judgment creditor for $_____.

b. \_\_\_\_\_ If checked, the garnishee holds no money or other property of the Brian M. Campbell.

c. \_\_\_\_\_ If checked, Plaintiff, Brian M. Campbell is not presently employed by this garnishee and if employed by garnishee on or after services of this garnishments was most recently terminated as of _____, 200\_\_\_\_.

d. \_\_\_\_\_ If checked, the judgment debtor's, Brian M. Campbell, correct Social Security number is not shown, and the judgment debtor's name and address as shown on the garnishment do not match the name and current address of any employee shown on the current payroll records of the garnishee.

e. \_\_\_\_\_ If checked, this is the last answer this garnishee is required to file to the presently pending garnishment.

5. Garnishee further states _funds will be forwarded monthly_

6. I hereby certify that I have served a copy of this answer on the Plaintiff's Attorney, Jay Lewis, Esq., located at the Law Offices of Jay Lewis, LLC, P. O. Box 5059, Montgomery, Alabama 36103, on this the _24_ day of _April_, 2008.

7. I further certify that I have served a copy of this answer on the Defendant's Attorney, David J. Middlebrooks, located at Lehr Middlebrooks & Vreeland, P.C., P. O. Box 11945, Birmingham, Alabama 35202-1945.

Respectfully Submitted,

_____ - 4/24/08
**Garnishee or Representing Attorney**

199227.doc

