OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 29, 2008

Lehr, Middlebrooks & Vreeland, P.C.
C/o Bridgette Roper
P.O. Box 11945
Birmingham, Alabama 35202-1945

RE: Brian M. Campbell v. Civil Air Patrol
Civil Action No. 2:99-CV-000002-LES  **(Middle District of AL)**
Misc. Case No. 07-218 (District of Delaware)

Dear Bridgette,

On March 31, 2006, judgment was entered in favor of Civil Air Patrol and against Brian Campbell in the amount of $3,526.48 (Three Thousand Five Hundred Twenty Six and 48/100 Dollars) at the United States District Court in the Middle District of Alabama.

On December 14, 2007, registration of foreign judgment was filed in the District of Delaware and Writ of Garnishment issued on February 27, 2008. Therefore, please find enclosed U.S. Treasury Check # 4615-00090277 payable to you in the amount of $1563.86 representing moneys withheld from Mr. Campbell's compensation paid into the Court. Please kindly acknowledge receipt of the check on the enclosed copy of this letter. Upon doing so, please return the copy of this letter to me. A self-addressed, postage paid, envelope is enclosed for your convenience.

If you have any questions regarding this matter please feel free to contact me at (302) 573-6135.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

By: *Donna Seninger*
Deputy Clerk

PTD:dms